IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FRED ROYBAL and LORRAINE ROYBAL,

    Plaintiffs,

AND                                           Civ. No. 07-332 BB/RHS

DANIEL GARCIA, et al.,

    Intervenors,

vs.

ARROW TRUCKING COMPANY, INC., et al.,

    Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

**THIS MATTER** comes before the Court on the Report and Recommendations [docket no. 220] of the United States Magistrate Judge regarding Defendant Arrow Trucking Company, Inc.'s Motion in Limine to Exclude Testimony of Expert Art Atkinson [docket no. 149]; and Defendant Arrow Trucking Company, Inc.'s Motion in Limine to Exclude Expert Brian McDonald, Ph.D. [docket no. 152]. No objections to the Report and Recommendations have been filed.

**IT IS HEREBY ORDERED** that the Report and Recommendations [docket no. 220] of the United States Magistrate Judge are adopted by the Court.

                                                                 */s/ Bruce D. Black*
                                                               UNITED STATES DISTRICT JUDGE