IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FRED ROYBAL and LORRAINE ROYBAL,

    Plaintiffs,

AND                                                                    Civ. No. 07-332 BB/RHS

DANIEL GARCIA, et al.,

    Intervenors,

vs.

ARROW TRUCKING COMPANY, INC., et al.,

    Defendants.

## ORDER ADOPTING RECOMMENDATION

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order Recommending Dismissal with Prejudice [docket no. 221] of the United States Magistrate Judge regarding Defendant Arrow Trucking Company, Inc.'s Motion to Dismiss Gabriel and Melanie Sandoval's Complaint for Lying in Discovery [docket no. 86]. No objections to the Report and Recommendations have been filed, and the recommendation is supported by law. *See also Shaw-Reed v. Children's Outing Ass'n*, 172 F.3d 53 (7th Cir. 1999); *Nittolo v. Brand*, 96 F.R.D. 672 (S.D.N.Y. 1983).

**IT IS HEREBY ORDERED** that the Memorandum Opinion and Order Recommending Dismissal with Prejudice [docket no. 221] of the United States Magistrate Judge is adopted by the Court, and Gabriel and Melanie Sandoval's complaint is hereby DISMISSED with prejudice.

                                                                UNITED STATES DISTRICT JUDGE